IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DOUGLAS AND ANGELA MARTIN**                                               **PLAINTIFFS**

V.                                  **CASE NO. 5:15-CV-5051**

**P.A.M. TRANSPORT, INC.**, an Arkansas
Corporation, a/k/a **P.A.M. TRANSPORTATION
SERVICES, INC.**, an Arkansas Corporation;
**DONALD WAYNE BEASLEY**, an Individual;
**ABC CORPORATION; XYZ LIMITED PARTNERSHIP**              **DEFENDANTS**

## ORDER

Currently before the Court is Plaintiffs' Motion to Dismiss their case with prejudice. (Doc. 27). The parties previously informed the Court that all claims in this case have been settled. *See* Text Only Order dated February 29, 2016. As it appears to the Court that the Motion is well taken, it is hereby **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 31st day of March, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE